AUSA Theodore Cooperstein

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

United States of America
v.

GERARDO ROBERTO HERNANDEZ-REYES,

_____
*Defendant(s)*

)
)
)
)
)
)

Case No.   14-79-FJL

FILED by _____ D.C.

SEP 1 2 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 19, 2011_____ in the county of ___Martin___ in the ___Southern___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(e) | Knowingly making a false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Immigration Enforcement Agent Angelo Zaravelis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9/12/14__

City and state:        Fort Pierce, Florida

_____
*Judge's signature*

Frank J. Lynch, Jr., U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANGELO ZARAVELIS**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**
**DEPARTMENT OF HOMELAND SECURITY**
**ENFORCEMENT AND REMOVAL OPERATIONS**

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1.      I am an Immigration Enforcement Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over six years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As an Immigration Enforcement Agent with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Gerardo Roberto HERNANDEZ-REYES committed the offense of knowingly making a false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service, in violation of Title 18, United States Code, Section 1015(e).

3.      On or about March 18, 2014, Immigration Enforcement Agent Ronald Andersson obtained information that Gerardo Roberto HERNANDEZ-REYES had fraudulently obtained a Florida driver's license while using the identity of Anthony Medina Torres, a United States citizen.

4.      On March 19, 2014, Supervisory Immigration Enforcement Agent Randy Alvarado confirmed that the "true" Anthony Medina Torres is incarcerated in the Ponce Main Correctional Institution in Ponce, Puerto Rico.

5.      On September 11, 2014, your affiant contacted the Florida Department of Highway Safety and Motor Vehicles.  The documents provided show that on or about May 19, 2011, Gerardo Roberto HERNANDEZ-REYES, using the name Anthony Medina Torres, received Florida driver's license number M353-000-86-136-0 in Martin County, Florida.  Records further show that on or about May 19, 2011, Gerardo Roberto HERNANDEZ-REYES under penalty of perjury, swore or affirmed that the information on the Application for Driver License is true and correct.  In that application, Gerardo Roberto HERNANDEZ-REYES claimed to be United States Citizen and that his name is Anthony Medina Torres.  As proof of identity, Gerardo Roberto HERNANDEZ-REYES produced a Puerto Rican Birth Certificate and a Social Security Card, both issued under the name Anthony Medina Torres.

6.      On September 11, 2014, Deportation Officer Hector Del Toro interviewed Gerardo Roberto HERNANDEZ-REYES.  Post-*Miranda*, Gerardo Roberto HERNANDEZ-REYES admitted to being a citizen of Honduras, and illegally entering the United States at the age of seventeen.  He further admitted to purchasing a Puerto Rican Birth Certificate and Social Security Card in the name of Anthony Medina Torres from an unknown individual for $2,500.00.  Gerardo Roberto HERNANDEZ-REYES further admitted that he used those documents to apply for a Florida Driver's License.

7.      Based on the foregoing, your affiant avers that there exists probable cause to believe that Gerardo Roberto HERNANDEZ-REYES, also known as Anthony Medina

2

3

Torres, committed the offense of knowingly making a false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service, in violation of Title 18, United States Code, Section 1015(e).

_____
Angelo Zaravelis
Immigration Enforcement Agent
Immigration and Customs Enforcement


Subscribed and sworn to before me
this ___/ 2th__ day of September, 2014.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

3